RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR THE
2018 NOV 20 P 8:00 MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT A)

OLLIE SCOTT of the United States of America )
)
)
Plaintiff(s), )    CIVIL ACTION NO. 2:18-cv-981-WKW-SRW
)
)    JURY DEMAND (MARK ONE)
)
v. )    ☒ YES    ☐ NO
Wayne Garlock, individual and official capacity )
Alabama Attorney General )
Alabama Secretary of State ET - AL )
Defendant(s).

## COMPLAINT

1. Plaintiff(s)' address and telephone number: OLLIE SCOTT
300 Poole Road, Greenville, Alabama 36037   334-662-7770

Steven NORMAN
2. Name and address of defendant(s): Butler County Judge of Probate, Butler County Circuit Clerk
Butler County Sheriff - all address: 700 Court Square, P.O. Box 236, Greenville, Alabama 36037
United States of America Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, North West
Washington, DC 20530; U.S. Attorney General's office 131 Clayton Street, P.O. Box 197, Montgomery, Al 36101
✱ Alabama Attorney General Montgomery, Alabama 36104 and ✱✱ Alabama Secretary of State, Montgomery, Alabama

3. Place of alleged violation of civil rights: Within the U.S.A. Middle District of Alabama

4. Date of alleged violation of civil rights: Within two years of the filing of this Complaint

5. State the facts on which you base your allegation that your constitutional rights have been violated: I was elected the Coroner for Butler County, Alabama. I received 3,488 (t) votes and also,
I received the Alabama Democratic Party Straight Party Voting 2,335 (t) votes and I desire to serve. I have not been
given the necessary and proper credentials to so serve the people of Butler County, Alabama-as- coroner.
The Federal Bureau of Investigation and the Alabama Bureau of Investigation knew or should have known that
Ollie Scott won the recent election for the position of Coroner of Butler County, Alabama. The Alabama
Attorney General civil rights division and the Alabama Secretary of State's " realistic vote tally and integrity unit"
knew and should have known that Ollie Scott won the recent election for the position of Coroner of Butler County, AL.

1

✱ 501 Washington Ave P.O. Box 300, Montgomery Al 36130

✱✱ 600 Dexter Ave S-105, Montgomery Al 36130

page 1 of 3

6. That the federal district court judge seize the Butler County Alabama Voting Machine, 24 of 24 Precincts original ballots and every document pertaining to and related to the votes casted and the votes counted and the evidence of chain of movement and the present resting place of the votes and supporting data. Authorize a full scale review and investigation of this cause by appropriate state and federal officials. Judicially install Ollie Scott and direct the proper authority to supply Ollie Scott with the necessary and proper office and office supplies to conduct Coroner work and see that Ollie Scott get paid. Stop Wayne Garlock from further acting as Coroner of Butler County, Alabama. This lawsuit is against the USA Attorney General, Alabama Attorney General, Wayne Garlock, individual and official capacity, Alabama Secretary of State, Butler County :[Judge of Probate] , [Circuit Court Clerk] and [Sheriff]. See also Document A attached

RECEIVED 2018 NOV 20

Date: _November 19, 2018_     _Ollie Scott_
                              Plaintiff(s) Signature