IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| OLLIE SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18-CV-981-WKW |
| | ) | [WO] |
| WAYNE GARLOCK, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On July 31, 2019, the Magistrate Judge filed a Recommendation that Defendants' motions to dismiss (Docs. # 13, 15, and 34) be granted and that the court decline to exercise supplemental jurisdiction over any state-law claims in Plaintiff's Complaint. (Doc. # 39.) Plaintiff, who is proceeding *pro se*, timely objected to the Recommendation (Doc. # 40) to which Defendants filed a response (Doc. # 41). The objections are due to be overruled.

Plaintiff's objections are general, irrelevant to the material issues, and largely non-sensical. Plaintiff does not object to any specific finding of fact or conclusion of law in the thorough Recommendation and, thus, does not invoke a right to a *de novo* review of the Recommendation. *See* 28 U.S.C. § 636. Nonetheless, the court has reviewed the Recommendation *de novo* and concludes that the findings and conclusions are correct.

Based on the foregoing, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 39) is ADOPTED;

2. Plaintiff's objections (Doc. # 40) are OVERRULED;

3. Defendants' motions to dismiss (Docs. # 13, 15, and 34) are GRANTED; and

4. Plaintiff's state-law claims are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

It is further ORDERED that Plaintiff's motions (Docs. # 38, 43, 44) are DENIED.

DONE this 4th day of September, 2019.

                                              /s/ W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE